

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00066-CV

**IN RE ESTATE OF** Joseph Alexandre **LEGAULT**, Deceased

From the Probate Court No. 1, Travis County, Texas
Trial Court No. C-1-PB-10-002058
Judge Guy S. Herman, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, appellant's motion for dismissal is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against the parties who incurred them.

SIGNED July 31, 2013.

_____
Catherine Stone, Chief Justice